Decided July 7, 2004

### ANTHONY W. OLIPHANT *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony W. Oliphant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 10 (AC 23549), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the habeas court lacked subject matter jurisdiction over the petitioner's habeas corpus petition?"

The Supreme Court docket number is SC 17225.

*Christopher M. Neary,* deputy assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided July 7, 2004

### LURRAE LUPONE ET AL. *v.* LARRY LUPONE ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher,* in support of the petition.

*John A. Keyes,* in opposition.

Decided July 7, 2004